ACCEPTED
11-16-00336-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
6/14/2017 3:51:33 PM
SHERRY WILLIAMSON
CLERK

NO. 11-16-00336-CR

| | | |
|---|---|---|
| KELLY ALEXANDER LEWIS | * | IN THE COURT OF APPEALS |
| APPELLANT | * | EASTLAND, TEXAS |
| | * | |
| V. | * | 11TH DISTRICT OF TEXAS |
| | * | |
| | * | |
| STATE OF TEXAS | * | AT EASTLAND, TEXAS |
| APPELLEE | | |

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
06/14/17 3:51:33 PM
SHERRY WILLIAMSON
Clerk

## APPELLEE'S MOTION FOR EXTENSION OF
## TIME TO FILE BRIEF

Comes now the State of Texas, Appellee in the above cause, and files the State's

Motion for Extension of Time to File Appellee's Brief for the following reasons:

1. The Appellant was convicted of the offense of AGGRAVATED SEXUAL ASSAULT OF A CHILD IN 7 COUNTS in cause number CR44643 in the 385TH District Court of Midland County, Texas.

2. The Appellant's punishment was assessed at 99 YEARS IN EACH COUNT and Judgment and sentence was entered against the Appellant on AUGUST 18, 2017.

3. The Appeal in this cause was perfected on NOVEMBER 23, 2016.

4. The deadline for the filing of Appellee's brief is JUNE 14, 2017.

5. No extensions of time to file brief have been previously requested by the Appellee in this cause.

6. The Appellee requests an extension of time to file the Brief of the Appellee for a period of 35 days, until JULY 19, 2017.

7. The facts to show good cause of the requested extension are as follows:

   a. There are approximately 2700 felony criminal cases and 1000 motions to revoke probation filed in the District Courts of Midland County, Texas per year and 17 Assistant District Attorneys to handle this work load. The Office of the District Attorney of Midland County is unable to complete the State's Brief in this cause within the time allowed because of the trial and appellate responsibilities of the Office.

b.  The estimated preparation time for the brief in this case is 25 business days.  The State finished and filed the brief in Sherman Ranson v. TSOT, 11-16-00111-CR, on June 13, 2017 and has just started work in the brief in this case. The State is now devoting its full efforts to finishing the brief in this case.

This request for an extension of time is not made for the purpose of delay, but to permit the Appellee to adequately prepare and submit its brief in this case.

The State of Texas and Appellee in this cause prays that this court grant the extension of time to file Appellee's Brief.

Respectfully submitted

_____
Eric Kalenak
State Bar No. 11079985
Assistant District Attorney
Midland County Courthouse
Midland, Texas 79701
eric_kalenak@co.midland.tx.us
(432) 688-4437
FAX (432) 688-4938

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the foregoing document was sent on JUNE 14, 2017 by EFILE to RAYMOND K FIVECOAT, attorney of record for Appellant.

_____

Eric Kalenak